| | | U.S. PROBATION & PRETRIAL SERVICES |
|---|---|---|
| | | Middle District of Tennessee |
| | | **memorandum** |
| DATE: | January 13, 2014 | |
| REPLY TO ATTN OF: | Jim Perdue, Deputy Chief U.S. Probation Officer | |
| SUBJECT: | **Request to Destroy Evidence** | |
| | Re.: Kenneth Lee Williams<br>Docket No.: 1:02-00005-1 | |
| TO: | The Honorable William J. Haynes, Jr., Chief U.S. District Judge | |

On January 21, 2009, the following evidence was seized during the offender's period of supervised release and his case has concluded.

On January 21, 2009, Mr. Williams reported to the probation office for a urine screen. William Lord, the drug testing technician found improprieties with the urine specimen indicating the sample was fraudulent. Mr. Williams exposed his shirt and Mr. Lord observed a squeeze bottle tied to his waist with urine still inside. The device was confiscated as evidence of subterfuge. A petition was submitted to the Court on July 23, 2009, requesting a summons for this violation and additional violations.

We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
|---|---|---|
| 253 | 1 | Drug test subterfuge paraphernalia |

Thank you for your time and consideration in this matter.

Approved: _____
The Honorable William J. Haynes, Jr.,
Chief U.S. District Judge
1-14-14